IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERIK DAVIS,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No. 25-00101-KD-B |
| | ) |
| **The City of SELMA, et al.,** | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated December 3, 2025 (Doc. 28) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff Erik Davis's claims against Defendant Malachai M. Washington in this action are **DISMISSED without prejudice** for failure to timely serve Defendant Washington with process pursuant to Federal Rule of Civil Procedure 4(m).

**DONE** and **ORDERED** this **5th** day of **January 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**