IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIK DAVIS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:25-00101-KD-B |
| | ) |
| The CITY of SELMA, et al. | ) |
| | ) |
|   Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated January 8, 2026 (Doc. 30) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' motion to dismiss Plaintiff's amended complaint (Doc. 17) is **GRANTED in part** and **DENIED in part**, as set out in the Magistrate Judge's report and recommendation (Doc. 30).

Accordingly, it is **ORDERED** that the motion to dismiss is **DENIED** with respect to Davis's § 1983 First Amendment retaliation, excessive force, and failure-to-intervene claims against Officer Ellis; that all other federal claims asserted against Officer Ellis, the City of Selma, and the Selma Police Department in the amended complaint are **DISMISSED with prejudice**; and that Davis's state law claims against Defendants (to the extent they exist) are **DISMISSED without leave to amend**, **but without prejudice** as to their ability to be refiled in state court.

**DONE** and **ORDERED** this **28th** day of **January 2026**.

                                          /s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**